```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 24867
   DEWEY DUNCAN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-7049


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/02/04 and confirmed on 08/27/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  12760.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED - C | .00 | .00 | .00 |
| BLAIR CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 138.05 | .00 | 25.32 |
| ARROW FINANCIAL SERVICES | UNSECURED | 17050.18 | .00 | 3127.42 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SEARS ROEBUCK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1038.77 | .00 | 190.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4965.55 | .00 | 910.80 |
| ECMC | UNSECURED | 20917.56 | .00 | 3836.80 |
| US BANK | UNSECURED | 2686.21 | .00 | 492.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 561.63 | .00 | 103.02 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 397.24 | .00 | 72.86 |
| ROUNDUP FUNDING LLC | UNSECURED | 1033.82 | .00 | 189.63 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 403.92 | .00 | 74.09 |
| CREDIT FIRST NA | UNSECURED | 80.93 | .00 | 14.84 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 428.22 | .00 | 78.55 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 703.80 | .00 | 129.09 |
| CARD SERVICE CENTER | UNSECURED | 446.93 | .00 | 81.98 |

```
PHH MORTGAGE CORP           SECURED           501.00            .00         501.00
      Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED         OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  501.00         .00     50852.81           .00       51353.81
PRINCIPAL PAID      501.00         .00      9327.66           .00        9828.66
INTEREST PAID          .00         .00          .00           .00             .00
TOTAL PAID          501.00         .00      9327.66           .00        9828.66
```

The Debtor's attorney, DAVID M SIEGEL                 , was allowed $    2700.00
and was paid $     456.00   direct and $    2244.00   through the plan.

The Trustee received $     527.34 .

Refunds to the Debtor totaled $     160.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/14/07                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE